JESSIE W. MURRAY, ADMINISTRATRIX, v. ATLANTIC COAST LINE RAILROAD COMPANY.

(Filed 6 March, 1929.)

**Master and Servant—Master's Liability for Injuries to Servant—Federal Employer's Liability Act—Limitation of Action—Railroads.**

> The Federal Employer's Liability Act does not allow an action for damages for a wrongful death to be brought after two years from the date of the death complained of, and where suit has been commenced and nonsuit entered, it does not have the effect of extending the time in which the same action may be brought under the Federal Statute.

APPEAL by plaintiff from *Nunn, J.,* at November Term, 1928, of CRAVEN.

Civil action to recover damages for the death of plaintiff's intestate, alleged to have been caused by the wrongful act, neglect or default of the defendant.

It appears from the face of the complaint that the wrongful death complained of occurred on 21 January, 1921; that George L. Wimberly, Jr., first qualified as administrator of the estate of the deceased and began an action in the Superior Court of Nash County on 20 January, 1922, under the Federal Employers' Liability Act, for the same cause of action, as herein alleged, and against the same defendant; that thereafter on 26 September, 1927, said action was dismissed, as in case of nonsuit, upon certificate from the Supreme Court of the United States to the Supreme Court of North Carolina duly certified to the

Superior Court of Nash County *(Wimberly v. R. R.,* 190 N. C., 444, and 273 U. S., 673); and that the present action was instituted 18 August, 1928, and is likewise sought to be maintained under the Federal Employers' Liability Act.

A demurrer was interposed by the defendant upon the ground that the cause of action alleged in the complaint did not accrue within two years next preceding the institution of the action.

From a judgment sustaining the demurrer the plaintiff appeals, assigning error.

*Ward & Ward and H. P. Whitehurst for plaintiff.*
*Moore & Dunn for defendant.*

STACY, C. J., after stating the case.: The demurrer was properly sustained on authority of *Belch v. R. R.,* 176 N. C., 22, 96 S. E., 640. Section 6 of the Federal Employers' Liability Act provides, among other things, "That no action shall be maintained under this act unless commenced within two years from the day the cause of action accrued," etc. There is no provision in this statute for extending the time within which suit may be brought by reason of a pending or former action and nonsuit suffered or entered therein. See, also, *Capps v. R. R.,* 183 N. C., 181, 111 S. E., 533.

Affirmed.